# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 13, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143736(56)

PEOPLE OF THE STATE OF MICHIGAN,
             Plaintiff-Appellee,

v

JASON JOSEPH ZAJACZKOWSKI,
             Defendant-Appellant.

_____

SC: 143736
COA: 295240
Kent CC: 08-008413-FC

On order of the Chief Justice, the motion by plaintiff-appellee for extension of the time for filing their brief is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 13, 2012

_____
Clerk